Commonwealth ex rel. Segal *v*. Segal,
Appellant.

Argued September 14, 1972. *Oscar Spivack,* with him *Spivack & Dranoff,* for appellant; *Sheldon Tabb,* with him *Needleman, Needleman, Tabb & Eisman,* for appellee.

Order affirmed.

Commonwealth ex rel. Zeitler *v*. Thomas,
Appellant.

Submitted September 13, 1972. *Harry N. Moran, Jr.,* for appellant; *Stewart J. Greenleaf,* Assistant District Attorney, *William T. Nicholas,* First Assistant District Attorney, and *Milton O. Moss,* District Attorney, for appellee.

Order affirmed.

Della Valle et al. *v*. Amalgamated Life Insurance
Co., Inc. of New York.

Argued September 14, 1972. *Joseph Litt,* with him *Markovitz, Brooks & Cantor,* for appellant; *Antony J. Damiano,* for appellee.

Judgment affirmed.